```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
               CRIM. NO. 23-373(DSD/DTS)
```

United States of America,

        Plaintiff,

v.                                                        **ORDER**

Derrick Lamon Johnson,

        Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge David T. Schultz dated March 11, 2024. Defendant generally objects to the R&R but does not provide "specific written objections" to the magistrate judge's proposed findings and recommendations, as required by D. Minn. LR 72.2(b)(1). The court therefore overrules defendant's objection. Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.   The R&R [ECF No. 23] is adopted in its entirety; and

    2.   The motion to dismiss the indictment [ECF No. 19] is denied.

Dated: March 20, 2024

                                             s/David S. Doty
                                             David S. Doty, Judge
                                             United States District Court